IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 05-25T LCL |
| | ) | |
| vs. | ) | ~~CR. NO. 05-105T~~ |
| | ) | |
| ROBY ESTEVEZ, aka | ) | |
| CHRISTIAN POLANCO, aka | ) | |
| JOSE ORTIZ | ) | |

GOVERNMENT'S MOTION TO AMEND THE INDICTMENT AND RELATED PLEADINGS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves to amend the name on the Indictment and related pleadings to ROBY ESTEVEZ, aka CHRISTIAN POLANCO, aka JOSE ORTIZ. As reason for said motion, the government states that the defendant informed the Court that his true name was Roby Estevez.

Respectfully Submitted,

United States of America
By its attorneys:

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Adi Goldstein

ADI GOLDSTEIN
Assistant U.S. Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August, 2005 I caused to be sent via first class regular mail a true copy of the within Government's Motion to Amend the Indictment and Related Pleadings to:

John F. Cicilline, Esq.
Law Offices
387 Atwells Ave.
Providence, RI 02903