**DISTRICT COURT OF THE UNITED STATES**
**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**VS.** **CR No. 05-65T**

**CHRISTIAN POLANCO**

**MOTION TO CONTINUE**

Now comes the defendant in the above entitled cause and moves to continue his August 25, 2005 sentencing date.

Respectfully submitted
Christian Polanco
By his attorney,

John F. Cicilline, Esquire,(#0433)
387 Atwells Avenue
Providence, RI 02909
401-273-5600
401-454-5600

**CERTIFICATION**

I, the undersign here by certify a true copy of the within Motion, to Adi Goldstein, on this 22 day of August, 2005, at the United States Attorneys Office, 50 Kennedy Plaza, Providence, RI 02903.

Gia Rosario