IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

FILED
AUG 24 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-~~105~~ 25 T |
| | ) | |
| ROBY ESTEVEZ, aka | ) | |
| CHRISTIAN POLANCO, aka | ) | |
| JOSE ORTIZ | ) | |

GOVERNMENT'S MOTION TO AMEND THE INDICTMENT AND RELATED PLEADINGS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves to amend the name on the Indictment and related pleadings to ROBY ESTEVEZ, aka CHRISTIAN POLANCO, aka JOSE ORTIZ. As reason for said motion, the government states that the defendant informed the Court that his true name was Roby Estevez.

GRANTED in the absence of an objection.

Ernest C. Torres

Ernest C. Torres, Chief Judge
9/8/05

Respectfully Submitted,

United States of America
By its attorneys:

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

Adi Goldstein

ADI GOLDSTEIN
Assistant U.S. Attorney