**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

# CLERK'S MINUTES

**CASE NUMBER:** **CR05-25T** **DATE**: September 19, 2005
**TITLE OF CASE:** USA v. Roby Estevez aka Christian Polanco

**CHIEF JUDGE:** **ERNEST C. TORRES**

**COURTROOM CLERK:** **Lucia Cristina Leyva**
**COURT REPORTER:** **Joseph Fontes**
**COURT INTERPRETER:** **Ana-Ceclia Rosado**
**PROBATION:** **Dennis Jenkins**

---

**COUNSEL PRESENT**

Government: Adi Goldstein, AUSA

Defendant: John F. Cicilline, Esq.

---

**PROCEEDINGS:** **Sentencing**

All counsel of record present. Defendant present. Court addresses. No objections to the Presentence Investigation Report. Court finds that Probation had correctly calculated the net offense level and criminal history category. Defendant allocutes. Counsel argues sentencing recommendations. Court addresses. Court finds that guidelines overstate penalty for cocaine base v. cocaine powder and determines it can fashion a fair and reasonable sentence using an alternate ratio. Court sentences defendant to 52 months incarceration as to Counts I and II, to be served concurrently. Supervised release for 5 years as to Counts I and II, to be served concurrently. Special Condition: Surrender to INS and if deported, remain outside of the United States for the period of supervised release. Court does not impose a fine as it finds the defendant has no ability to pay. Special Assessment of $100.00 on each count ($200.00 total).