IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-~~108~~ 25T |
| | ) | |
| RODY ESTEVEZ, aka | ) | |
| CHRISTIAN POLANCO, aka | ) | |
| JOSE ORTIZ | ) | |

GOVERNMENT'S MOTION TO AMEND THE INDICTMENT AND RELATED PLEADINGS

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant U.S. Attorney, and moves to amend the name on the Indictment and related pleadings to RODY ESTEVEZ, aka CHRISTIAN POLANCO, aka JOSE ORTIZ. As reason for said motion, the government states that the defendant informed the Court that his true name was Rody Estevez.

Respectfully Submitted,

United States of America
By its attorneys:

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

ADI GOLDSTEIN
Assistant U.S. Attorney

GRANTED
Ernest C. Torres
Chief, US District Judge
10/11/05

23