IN THE UNITED STATES DITRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RODY ESTEVEZ,
Petitioner, Pro Se

Vs. Case # 1:05CR00025-01T

UNITED STATES OF AMERICA,
Respondent.

X

MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2) AND UNITED STATES SENTENCING GUIDELINES § 1B1.10; AMENDMENT 706 EFFECTIVE MARCH 03, 2008 CONCERNING COCAINE BASE " CRACK ".

Honorable Judge,

NOW COMES the Petitioner, Rody Estevez, by and through Pro Se, and respectfully moves this Honorable Court, pursuant to 18 U.S.C. § 3582(c)(2) and 1B1.10 of the Sentencing Guidelines, to reduce his sentence based upon the Amendment 706 to 2D1.1 (c) of the Sentencing Guidelines which becomes effective March 03, 2008; lowering the offen-se level for cocaine base " crack " by TWO LEVEL.

In support thereof, Petitioner states as follows :

1- On September 19, 2005, Petitioner was sentenced to a term of empri-sonment of 52 months by this Honorable Court in two (2) counts, the first count 21 U.S.C. 841(A)(1) & (B)(1)(A) possession with intent to distribute 50 grms or more of cocaine base " crack ", and second count

21 U.S.C. § 841(A)(1) and (B)(1)(B), possession with intent to distribute 5 grams or morw of cocaine base " crack ".

2- Pursuant to plea agreement entered into between the United States Attorney and the Petitioner, the presentence report as adopted by this Court in the Judgement entered in this action, the base offense level applicable to Petitioner becuse he participated in the distribution of at least 129 grm. of cocaine base " crack ", pursuant to § 2D1.1(c)(4) the offense level is (32).

3- Effective March 03, 2008 the Section 2D1.1 of the Sentencing Guidelines is amendend by lowering the basic level for cocaine base " crack " in TWO-LEVEL.

4- That as established under § 1B1.10 of the Sentencing Guidelines, the commisssion's decision on December 11, 2007 is to applied retroactively.

5- That under the new Guidelines, the basic level for Petitioner's offense lowering by two lwvwls becomes now Thrirty (30).

6- Therefore, Petitioner Rody Estevez is entitled to be resentenced under the retroactively applied amendment.

7- That at the original sentence, Petitioner's offense level was reduced by three (3) levels for acceptance of responsability ( U.S.S.G. § 3E1.1 ), by two (2) levels for Safety Valve ( U.S.S.G. § 5C1.2 ).

8- No other factor are presented justifying any other changes in the computation of the Petitioner's adjusted offense level.

9- That after the appropriate adjustments are calculated, the new offense level will be Twenty-five (25).

10- That the Petitioner's criminal history computation remains at category one (I) , as computed in the original PSR.

11- That the appropriate Guidelines range for an offense level (25), category one (I) is ( 57 - 70 ) months.

12- That at Petitioner's sentence on September 19, 2005; this Court a sentence of 52 months, under the lower end of the Guidelines. In the middle of the range of level (23), ( 46 - 57 ) months.

13- That if this Honorable Court maintains it's position and imposes the new sentence in the same proportion of the previous one in the middle of the range level (21), ( 37 - 46 ) months, Petitioner's sentence will be 42 months.

14- That under existing computation of the Bureau of Prison, Petitioner's current release date is projected for December 20, 2008. Making a prompt decision on this motion extremely important.

15- Petitioner wants this Court to know that at the end of his sentence he will be deported to Dominican Republic, making the issue of danger to society and imposible matter, also in the time of emprisonment, Petitioner has worked and has do every effort avalible to rehabilitate himself to become a better person, a better member of society.

**CONCLUSION**

Where, based on the foregoing arguments and authorities, this Honorable Court is respectfully urged to reduce the Petitioner's sentence and enter a new Judgement, and any other and further relief which this Honorable Court deems just and fair.

Respectfully Submitted

Rody Estevez

Rody Estevez, Petitioner

Dated : 4-02-08

CERTIFICATE OF FILLING AND SERVICE

I HEREBY DECLARE pursuant to 28 U.S.C. § 1746, an original and true and correct copies of the foregoing " PETITION TO CORRECT SENTENCE" were filed with the Clerk of the Court by prepaid first class U.S. mail in sealed envelope addressed to :

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

SERVED TO :

HONORABLE JUDGE ERNEST C. TORRES
UNITED STATES DISTRICT JUDGE
DISTRICT OF RHODE ISLAND
ONE EXCHANGE TERRACE
PROVIDENCE, RI 02903

SERVED TO :

ADI GOLDSTEIN, AUSA
U.S. ATTORNEY'S OFFICE
50 KENNEDY PLAZA
PROVIDENCE, RI 02903

By placing them in the mailing system of CCA-NEOCC, 2240 Hubbard Rd. Youngstown, Ohio 44505-3157, on April 02, 2008, pursuant to HOUSTON VS. LACK, 487 U.S. 266, 270 ( 1988 ).

By : Rody Estevez
Rody Estevez
Reg # 05583-070
NEOCC
2240 Hubbard Rd.
Youngstown, Ohio 44505