UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTIAN POLANCO, alias Rody Estevez | ) | |
| vs. | ) | CR No. 05-025-T |
| UNITED STATES OF AMERICA | ) | |

MOTION TO EXTEND TIME IN WHICH TO RESPOND

Comes now the United States of America, by an through its attorneys, Robert Clark Corrente, United States Attorney for the District of Rhode Island, and Adi Goldstein, Assistant U.S. Attorney, and moves for a thirty-day extension of time in which to respond to plaintiff's Petition under 28 U.S.C. § 3582(c)(2).

Respectfully submitted,

UNITED STATES OF AMERICA

By Its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ ADI GOLDSTEIN

ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
Tel (401) 709-5000
Fax (401) 709-5001
email adi.goldstein@usdoj.gov

**CERTIFICATION**

I hereby certify that on this 16th day of April, 2008, I electronically filed the Government's Motion to Extend Time in Which to Respond To The Petitioner's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) with the court, and by first class mail, postage prepaid, to:

Rody Estevez
Reg No. 05583-070,
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH 44505

/s/ Adi Goldstein
Assistant U. S. Attorney
(RI Bar #6701)
U. S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5050 / 401-709-5001 (fax)
adi.goldstein@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| CHRISTIAN POLANCO, alias Rody Estevez | ) | |
| vs. | ) | CR No. 05-025-T |
| UNITED STATES OF AMERICA | ) | |

MEMORANDUM IN SUPPORT OF MOTION TO EXTEND TIME

The government requests a thirty-day continuance in the above entitled matter. The undersigned attorney has recently conferred with Federal Defender Edward C. Roy who informed the government that he may enter on behalf of Mr. Polanco, alias Rody Estevez. Mr. Roy further informed the government that he may file a petition on behalf of Mr. Polanco in place of the pro-se petition already on file.

Accordingly, the Government respectfully requests a continuance in order to afford Petitioner the opportunity to submit a motion through counsel, and in order to conserve judicial resources. The government also respectfully proposes

that the Court set a briefing schedule and a deadline by which Mr. Roy must enter his appearance.

Respectfully submitted,

UNITED STATES OF AMERICA

By Its Attorneys,

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

/s/ ADI GOLDSTEIN
ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar #6701
U.S. Attorney's Office
50 Kennedy Plaza, 8th FL
Providence, RI 02903
(401)709-5000 Fax (401)709-5001
email: adi.goldstein@usdoj.gov

**CERTIFICATION**

I hereby certify that on this 16th day of April, 2008, I electronically filed the Government's Memorandum In Support of its Motion to Extend Time in Which to Respond To The Petitioner's Motion For Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2) with the court, and by first class mail, postage prepaid, to:

Rody Estevez
Reg No. 05583-070,
Northeast Ohio Correctional Center
2240 Hubbard Road
Youngstown, OH 44505

/s/ Adi Goldstein
Assistant U. S. Attorney
RI Bar #6701)
U.S. Attorney's Office
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
(401)709-5000 Fax (401)709-5001 )
email: adi.goldstein@usdoj.gov