**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

UNITED STATES OF AMERICA,

V. Christian Polanco, alias Rody Estevez,
Defendant.

Cr No. 05-025-T
Criminal Case No.

**Questionnaire in Support of Defendant's Motion for Correction of Sentence Pursuant to 18 U.S.C. §3582(c)(2)**

---

**Instructions - Read Carefully**

1. Your answers must be typed or printed.

2. All questions must be answered and all of the requested information must be supplied.

3. When completed, the questionnaire must be signed and should be mailed to:

   Clerk of the United States District Court
   for the District of Rhode Island
   1 Exchange Terrace
   Providence, RI 02903

---

**Questionnaire**

1. Where are you presently confined? N.E.O.C.C.
   Northeast Ohio Correction Center
   2240 Hubbard Road
   Youngstown, Ohio 44505-3157

2. What is your prisoner identification number?
   05583-070

3. Were you sentenced in the United States District Court for the District of Rhode Island?

✓ Yes ____ No

If your answer to question #3 is YES, put the criminal case number in the space provided at the top of page one opposite the name of the case.

4. What is the name of the lawyer who represented you?

John F. Cicilline / Private Lawyer

5. Did the offense or offenses for which you were convicted involve crack cocaine or cocaine base?

✓ Yes ____ No

6. What sentence was imposed?

52 months.

7. Is your conviction currently on appeal?

____ Yes ✓ No

8. What is your projected date of release from prison?

12-20-2008

9. Has any disciplinary action been taken against you while you have been serving your sentence?

✓ Yes ____ No

If so, list and describe all such disciplinary action.

I was given a "201 Incident Repor". on 6/20/2006
I was given 30 days on DS, and also I was given a
27 days GTC, which extended my release date to 12-20-08
instead of the 11-26 2008

10. Describe any things that you have done while in prison that you would like the court to know about in deciding whether or not reduce your sentence.

1- Completed my GED Math - "I was given a Certificate"
2- Completed my Business Administration I - "I was given a Certificate"
3- Completed my Secondary School - "I got diploma from the Commonwealth of Pennsylvania Department of Education"
4- Completed my E.S.L. "I was given a Certificate"
5- Completed Pre-release courses" - I was given a Certificate"
6- Completed Christian Courses" -
Note: Since that Incident Report I had been a model Inmate. No more Incident Reports, complete all my chores and stay away from any problems and no complaints are given to senior staff from me at all.

Tuesday 29th 2008
Date

Rody Estevez
Signature of Defendant

Rody Estevez
Printed Name

N.E.O.C.C.
2240 Hubbard Road
Youngstown, Ohio 44505-3157
Address
(330) 746-3777

Northeast Ohio Correction Center
City, State & Zip Code